768 A.2d 1105

ESTATE OF Joseph H. CHADWICK, Deceased.

**Appeal of Robert E. Chadwick, Jennifer L. Chadwick and Thelma C. White.**

Supreme Court of Pennsylvania.

Argued Jan. 30, 2001.

Decided April 9, 2001.

Mary Wade Myers, Philadelphia, for appellants, Robert Chadwick and Thelma White.

Albert M. Sardella, Coatesville, for appellee.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

## ORDER

PER CURIAM:

**AND NOW,** this 9th day of April 2001, the appeal in the above captioned case is dismissed as improvidently granted.